UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
**KEVIN YAN LUIS**, on behalf of himself      Case No.: 1:23-cv-09981-ALC
and all others similarly situated,

                Plaintiff,     **NOTICE OF VOLUNTARY**
                            **DISMISSAL WITH PREJUDICE**

      -against-

**P.L. ROHRER & BRO., INC.**

                Defendant.
--------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
         April 22, 2024

                                                    Respectfully Submitted,

                                                    */s/ Noor A. Saab, Esq.*
                                                    *Attorney for Plaintiff*
                                                    The Law Office of Noor A. Saab
                                                    380 North Broadway, Penthouse West
                                                    Jericho, New York 11753
                                                    Tel: 718-740-5060
                                                    Email: noorasaablaw@gmail.com